```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  LAURA E. FRIEDMAN
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739

 6

 7              THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,   )   CR. NO. S-06-0228 GGH
                                )
10          Plaintiff,          )   GOVERNMENT'S MOTION TO DISMISS
                                )   INFORMATION AND
11      v.                      )   ORDER
                                )
12  EDWIN W. BARRETT,           )
                                )   DATE: August 7, 2006
13          Defendant.          )   TIME: 10:00 a.m.
    _____)   JUDGE: Hon. Gregory G. Hollows
14
```

15       Pursuant to Rule 48(a) of the Federal Rules of Criminal

16  Procedure, plaintiff United States of America, by and through its

17  undersigned attorney, hereby moves this Honorable Court for an

18  Order dismissing with prejudice Cr. No. S-06-0228 GGH.

19  DATED: July ___, 2006              MCGREGOR W. SCOTT
                                       United States Attorney
20

21                                     By: /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
22                                         Assistant U.S. Attorney

23                                  ORDER

24  IT IS SO ORDERED:

25  DATED: 8/1/06

26  /s/ Gregory G. Hollows
    HON. GREGORY G. HOLLOWS
27  United States Magistrate Judge

28  barrett.ord